UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:12CR143 AGF NAB |
| LUKE EDWARDS, | ) | |
| Defendant. | ) | |

## ORDER

The Government filed a Request for Additional Time to File Responses [Doc. #22] on May 22, 2012. In support of the Motion, the Government stated that since the filing of the Defendant's motions the parties have been in substantive negotiations toward a potential resolution of this matter that would obviate the need for an evidentiary hearing and a trial. Therefore, the Government is requesting three additional days, up to and including, May 25, 2012, in which to respond to the defendant's motions.

**IT IS HEREBY ORDERED** that the Request for Additional Time to File Responses [Doc. #22] is **GRANTED.** The Government shall have until **May 25, 2012** to file responses. The evidentiary hearing set for **May 30, 2012 at 10:00 a.m**. shall remain as scheduled.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of May, 2012.